```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
                                           :
UNITED STATES OF AMERICA                   :
                                           :
          -v-                              :   INDICTMENT
                                           :
ISIAH MINGO,                               :   08 CRIM. 0614
     a/k/a "Manny,"                        :       (SCR)
     a/k/a "O,"                            :
                                           :
                         Defendant.        :
                                           :
- - - - - - - - - - - - - - - - - - - - - x
```

ORIGINAL

COUNT ONE

The Grand Jury charges:

1. On or about May 23, 2008, in the Southern District of New York, ISIAH MINGO, a/k/a "Manny," a/k/a "O," the defendant, unlawfully, wilfully and knowingly committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), to wit, ISIAH MINGO, the defendant, robbed the 1045 Convenience Store in Yonkers, New York of approximately $391, and thereby obstructed, delayed and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Sections 1951 & 2).

1

COUNT TWO

The Grand Jury further charges:

5.  On or about May 23, 2008, in the Southern District of New York, ISIAH MINGO, a/k/a "Manny," a/k/a "O," the defendant, unlawfully, wilfully and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, used and carried a firearm and, in furtherance of such crime, to wit, the robbery charged in Count One of this Indictment, possessed and brandished a firearm.

(Title 18, United States Code, Sections 924(c) and 2.)


_____           _____
FOREPERSON                          MICHAEL J. GARCIA
                                    UNITED STATES ATTORNEY

2

*United States District Court*

SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

vs.

ISIAH MINGO,
   a/k/a "Manny"
   a/k/a "O,"

Defendant.

# INDICTMENT

08 Cr.

(In Violation of Title 18, United States Code, Sections 1951;
Title 18, United States Code, Sections 924(c);
Title 18, United States Code, Section 2.)

MICHAEL J. GARCIA

United States Attorney.

A TRUE BILL

Foreperson.