------------------------------------------------------------

UNITED STATES OF AMERICA

                                             08 CR 614 (SCR)

        Vs

                                               **ORDER**

Isiah Mingo,

------------------------------------------------------------

    It is hereby ordered that the letter(s) dated July 11, 2008, from the Defendant in the above mentioned case be placed under seal.

So Ordered: _____  7/17/08
                    U.S. District Judge       Date

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```