UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

           ORDER ACCEPTING PLEA ALLOCUTION

           08 Cr. 614 (SCR)

   v.

Isiah Mingo,

---

ROBINSON, J.

  The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated July 29, 2009, is approved and accepted.

  The Clerk of the court is directed to enter the plea.

Date: August 14, 2009

           SO ORDERED:

           _____
           STEPHEN C. ROBINSON
           UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____